**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-02723-RBJ
*Consolidated Cases: 17-cv-00485; 17-cv-00502; 17-cv-00509; 17-cv-00667; and 17-cv-00791*

JEREMY SCARLETT, on behalf of themselves and all others similarly situated,

    Plaintiff,

v.

AIR METHODS CORPORATION and
ROCKY MOUNTAIN HOLDINGS, LLC,

    Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDER [ECF No. 90] of Judge R. Brooke Jackson entered on May 22, 2018, it is

ORDERED that Defendants' Motions to Dismiss [ECF Nos. 62 and 63] are GRANTED. It is

FURTHER ORDERED that this civil action and all claims therein are DISMISSED WITH PREJUDICE. It is

FURTHER ORDERED that judgment is entered in favor of the defendants and against the plaintiffs. It is

FURTHER ORDERED that, as the prevailing party, the defendants are awarded their reasonable costs pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 22th day of May, 2018.

                      FOR THE COURT:
                      JEFFREY P. COLWELL, CLERK

                By: s/  J. Dynes
                      J. Dynes
                      Deputy Clerk